```
           IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

              MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DOROTHY MATTHEWS, as          )
Administratrix of the         )
Estate of LULA MAE            )
CALHOUN, Deceased,            )
                              )
     Plaintiff,               )
                              )
     v.                       )     CIVIL ACTION NO.
                              )        2:01cv802-T
BAYER CORPORATION             )           (WO)
(a Division of Bayer AG)      )
and WHITEHALL-ROBINS          )
(a Division of American       )
Home Products Corporation),   )
                              )
     Defendants.              )
```

                                 ORDER

It is ORDERED that the motion to modify judgment of dismissal (Doc. No. 74) is granted as follows:

(1) The final judgment (Doc. No. 69) is amended as

   follows:

   (A) All claims against defendants Bayer

      Corporation and GlaxoSmithKline are

      dismissed with prejudice.

    (B) The claims against defendant Whitehall-Robins, a division of American Home Products Corporation, are not dismissed.

    (C) The final judgment is otherwise unchanged.

(2) The claims against defendant Whitehall-Robins, a division of American Home Products Corporation, are reinstated.

(3) The parties are allowed until October 26, 2005, to file their Rule 26(f) report.

DONE, this the 13th day of October, 2005.

                            /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE