IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DOROTHY MATTHEWS, as          )
Administratrix of the         )
Estate of LULA MAE            )
CALHOUN, Deceased,            )
                              )
    Plaintiff,                )
                              )
    v.                        )    CIVIL ACTION NO.
                              )      2:01cv802-MHT
BAYER CORPORATION             )         (WO)
(a Division of Bayer AG)      )
and WHITEHALL-ROBINS          )
(a Division of American       )
Home Products Corporation),   )
                              )
    Defendants.               )
```

JUDGMENT

In accordance with the joint stipulation of dismissal with prejudice (doc. no. 81), it is the ORDER, JUDGMENT, and DECREE of the court that all claims asserted against defendants Wyeth, Inc., Whitehall-Robins Healthcare, a Division of American Home Products Corporation, Wyeth, and any and all divisions of Wyeth are dismissed with prejudice.  With this judgment, this case has been dismissed in its entirety.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 4th day of December, 2006.**

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**